RECEIVED
IN LAKE CHARLES, LA

FEB 26 2013

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

LAWRENCE HARRISON            CIVIL ACTION NO. 12-CV-355

VS.            SECTION P

GEO GROUP, ET AL            JUDGE MINALDI
           MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 9], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petitioner's complaint be **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted in accordance with the provisions of 18 U.S.C. § 1915(e)(2)(B).

Lake Charles, Louisiana, this the 25 day of Feb. , 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE